JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARDFLEX, INC., <br><br>　　　Plaintiff, <br><br>　vs. <br><br>PROTECTION JUNCTION, LLC, and HAMILTON EDWARD SPEAR aka HAMILTON TONY SPEAR, <br><br>　　　Defendants. | Case No.: SACV 10-01556-CJC(RNBx) <br><br><br>JUDGMENT |

In accordance with the Court's order dated May 9, 2011 granting Plaintiff Cardflex, Inc.'s motion for summary judgment, judgment is entered in favor of Cardflex, Inc. and against Defendants Protection Junction, LLC and Hamilton Edward Spear aka Hamilton Tony Spear, in the amount of $1,425,460.50. Defendants shall be jointly and severally liable for the amount of the judgment. Plaintiff shall recover its costs.

DATED:　　May 9, 2011

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE