1 | Andrew Phan, SBN: 300763
2 | Collect Co
3 | 340 S Lemon Ave # 1455
    | Walnut, CA 91789
4 | Telephone 1-844-323-1799
5 | **Attorney for Assignee, Collect Co**

**UNITED STATES DISTRICT COURT – CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| CARDFLEX INC., | Case No. 8:10-cv-01556-CJC-MLG |
| Plaintiff, | |
| v. | **RENEWAL OF JUDGMENT BY CLERK** |
| PROTECTION JUNCTION, LLC, | |
| Defendant | |

The judgment debtor, Protection Junction, LLC, and Hamilton Edward Spear aka Hamilton Tony Spear ("DEFENDANT"), both of 402 West Broadway, Suite 1200, San Diego, CA 92101, having judgment entered against DEFENDANT on May 11, 2011 and has not been previously renewed;

NOW, upon application of COLLECT CO of 340 S Lemon Ave # 1455, Walnut, CA 91789 and upon declaration that DEFENDANT has failed to pay the total amount of said judgment; and that DEFENDANT is indebted to COLLECT CO.

Judgment against DEFENDANT is hereby renewed in the amount of $1,425,460.50 and COLLECT CO shall recover as follows:

-1-

**RENEWAL OF JUDGMENT BY CLERK**

Renewal of Money Judgment:

| Description | Amount |
|---|---|
| Original Total Judgment | $1,425,460.50 |
| Costs after Judgment | $0.00 |
| Credits: | $0.00 |
| Interest after Judgment | $0.00 |
| Fee for filing Application for Renewal | $0.00 |
| Total Requested Renewed Judgment: | $1,425,460.50 |

   May 7, 2021                         Trina DeBose

Date                                         Deputy Clerk

**RENEWAL OF JUDGMENT BY CLERK**